IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORPORATE LODGING CONSULTANTS, INC.,** | : | No. 3:23cv295 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **DEANGELO CONTRACTING SERVICES, LLC,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 15th day of July 2024, Defendant DeAngelo Contracting Services, LLC's motion to dismiss Plaintiff Corporate Lodging Consultants, Inc.'s complaint (Doc. 5) is hereby **DENIED**. Defendant shall file its answer to the complaint within fourteen (14) days from the date of this order. See FED. R. CIV. P. 12(a)(4)(A).

BY THE COURT:

/s/ Julia K. Munley

JUDGE JULIA K. MUNLEY
United States District Court